**Place of hearing**:   Seattle, WA              **Docket number**: MJ19-431

**Date**:  9/23/2019        **Prisoner register No.**: 26839-055  **DOJ#**: CRM-236539-03-4-4239-F

## VERIFICATION OF CONSENT TO TRANSFER TO CANADA
## FOR EXECUTION OF PENAL SENTENCE OF THE UNITED STATES OF AMERICA

I, Alvin Randhawa, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to CANADA for the execution of the penal sentence imposed on me by a court of the United States, or a state thereof, that:

1. My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in the United States of America;

2. My sentence will be carried out according to the laws of CANADA;

3. If a court of the CANADA should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of CANADA, I may be returned to the United States of America for the purpose of completing my sentence if the United States of America requests my return; and,

4. Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

5. I understand that if I have a motion pending requesting a sentence reduction based on recent retroactive changes to the sentencing guidelines or if I have a motion pending under the recently announced executive clemency program, it is my responsibility to notify the Department of Justice if these motions subsequently result in a change to my sentence. I understand that this notification is necessary so that the Department will be able to notify the country administering my transferred sentence. This notification should include a copy of the order and should be sent to: The International Prisoner Transfer Unit, Office of Enforcement Operations, Criminal Division, United States Department of Justice, 1301 New York Avenue, NW, Washington, D.C. 20530.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to CANADA for the execution of the penal sentence imposed on me by a court of the United States of America, or a state thereof.

_____
Signature of transferring prisoner

Subscribed before me this 23rd day of September, 2019. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

_____
Verifying Officer

Paula L. McCandlis, U.S. Magistrate Judge
Print name and office

OEO/IPTU 20-FN-English
Revised 4/02